IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| JOHN C. WILSON, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 3:15-cv-1490 |
| | ) | |
| vs. | ) | Judge Crenshaw |
| | ) | |
| MAPCO EXPRESS, INC., | ) | Magistrate Judge Brown |
| | ) | |
| Defendant. | ) | |

## ORDER

Before the Court is the parties' Joint Motion for Court Approval of FLSA Settlement and Dismissal of Case with Prejudice (Dkt. No. 29), pursuant to 29 U.S.C. § 216(b) of the Fair Labor Standards Act. The Joint Motion asks the Court to approve, as fair and reasonable, the proposed Settlement Agreement reached by the parties and for the dismissal of the case with prejudice.

Having reviewed the Settlement Agreement and the pleadings and papers on file in this case, the Court enters this Order approving the Settlement Agreement, the proposed settlement payments to Plaintiff, and the proposed attorneys' fees and expense reimbursements to Plaintiff's counsel as follows:

1. The Court finds that the proposed Settlement Agreement is fair and reasonable;

2. The Court approves the Settlement Agreement and orders that the settlement be implemented according to its terms and conditions;

3. The Court approves the payment of attorneys' fees and expense reimbursements to Plaintiff's counsel as provided in the Settlement Agreement, and orders that such payments be made in the manner set forth in the Settlement Agreement; and

4. The Court orders that this case be dismissed with prejudice.

**IT IS SO ORDERED**.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE

2

## CERTIFICATE OF SERVICE

      I hereby certify that, on November 28, 2017, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing to the following persons:

Martin D. Holmes
Fifth Third Center, Ste 1401
424 Church Street
Nashville, TN 37219
(615) 244-6538
MDHolmes@dickinson-wright.com

                                                  /s/ ROGER D. SCRUGGS
                                                  ROGER D. SCRUGGS